IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TELMA RODRIGUEZ, et al.,

        Plaintiffs,

v.                                                     CIVIL ACTION NO. 2:14-cv-23887

BOSTON SCIENTIFIC CORP., et al.,

        Defendants.

MEMORANDUM OPINION AND ORDER

Pending is a motion to dismiss Coloplast Corp. ("Coloplast") and Mentor Worldwide LLC ("Mentor") with prejudice for plaintiffs' failure to serve Plaintiff Fact Sheets pursuant to deadlines and requirements established by the court's previous pretrial order. (ECF No. 21). Plaintiffs have not responded to the motions. The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), that Coloplast and Mentor should be dismissed without prejudice from this case for failure to serve Plaintiff Fact Sheets in compliance with the court's previous pretrial order.

Therefore, the court **ORDERS** that the motion to dismiss (ECF No. 21) is **GRANTED in part** to the extent Coloplast and Mentor seek dismissal and **DENIED insofar as Coloplast and Mentor seek dismissal of the entire case with prejudice.** The

court **ORDERS** that Coloplast and Mentor are dismissed from this case without prejudice. Other defendants remain.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 9, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE